UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-CR-229-MOC-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | ORDER |
| AHKEEM T. MCDONALD, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Request For Government To Provide Rule 16 Discovery To Defense" (Document No. 153) and "Defendant's Request For Government To Provide *Brady* and *Giglio* Material Reasonably In Advance Of Trial" (Document No. 154), both filed by the Defendant, Ahkeem T. McDonald, on May 11, 2015. The Court notes that the Government has filed no response to either of these discovery motions, and the Court would be aided in its decision on the motions by a written response by the Government.

**IT IS, THEREFORE, ORDERED** that the Government shall file a written response to the aforementioned motions (Document Nos. 153 and 154) on or before **August 18, 2015**.

**SO ORDERED**.

Signed: August 11, 2015

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.