UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00229-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **AHKEEM TAHJA MCDONALD,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's Motion to Adopt Pretrial Motions Filed by Codefendants. In particular, defendant requests permission to join in the motion of Defendant Hartley (#269) seeking what the court will call "USAM discovery" and his Objections to the magistrate judge's Order denying that motion. While the motion will be allowed, counsel is advised that a motion filed at 5:30 p.m. on a Friday before a Monday morning hearing is not a timely motion. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Adopt Pretrial Motions Filed by Codefendants (#439) is GRANTED, defendant is allowed to join in the motion and the Objections, and counsel is allowed to participate in oral arguments.

Signed: February 22, 2016



Max O. Cogburn Jr
United States District Judge