UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:14-CR-00229-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| vs. | ) | |
| | ) | **ORDER** |
| AHKEEM TAHJA MCDONALD, | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on Defendant's *pro se* letter requesting that he be housed alone, either at "ADX" or at the Thomson Correctional Center. See Doc. No. 929. But, by law, the Bureau of Prisons—not the Court—"shall designate the place of the prisoner's imprisonment." 18 U.S.C. § 3621. Thus, the Court cannot grant Defendant's request.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's *pro se* request to be housed alone, Doc. No. 929, is **DENIED**.

Signed: August 3, 2020

Max O. Cogburn Jr
United States District Judge